Eunice J. BLANKENSHIP, Widow of
Verner Blankenship, Petitioner,

v.

BEATRICE POCAHONTAS COAL
COMPANY; Director, Office of Work-
ers' Compensation Programs, United
States Department of Labor, Respon-
dents.

No. 01–1727.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Eunice J. Blankenship, Petitioner pro
se. Douglas Allan Smoot, Jackson & Kelly,
Charleston, WV; Kathy Lynn Snyder,
Jackson & Kelly, Morgantown, WV; Patri-
cia May Nece, Barry H. Joyner, United
States Department of Labor, Washington,
DC, for respondents.

Before WIDENER, NIEMEYER, and
WILLIAMS, Circuit Judges.

PER CURIAM.

Eunice J. Blankenship seeks review of
the Benefits Review Board's decision and

order affirming the administrative law judge's denial of her claim for survivor's black lung benefits pursuant to 30 U.S.C .A. §§ 901–945 (West 1986 & Supp. 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board.* *See Blankenship v. Beatrice Pocahontas Co.*, No. 00–586–BLA (B.R.B. May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Francella Abrams appeals the district court's order dismissing her civil action for the reasons stated from the bench. The record does not contain a transcript of the hearing in which the court stated its reasons for dismissing the action. Abrams has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R.App. P. 10(b); 4th Cir. Local R. 10(c). Appellants proceeding on appeal in forma pauperis are entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (1994). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Abrams has waived review of the issues on appeal which depend upon the transcript to show error. *See Powell v. Estelle*, 959 F.2d 22, 26 (5th Cir.1992); *Keller v. Prince George's Co.*, 827 F.2d 952, 954 n. 1 (4th Cir.1987). Accordingly, we therefore affirm the district court's order accepting the recommendation of the magistrate judge. We deny Abrams' motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED..*

---

* We have considered the revisions to the regulations implementing the Black Lung Benefits Act, *see* Regulations Implementing the Federal Coal Mine Health and Safety Act of 1969, as amended; 65 Fed.Reg. 79,919 (Dec. 20, 2000), and have determined that the revisions do not affect the outcome of this case.